UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS B. HORTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| PIVOTHEALTH HOLDINGS, LLC, | ) | 3:22-CV-2915-G-BN |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The court therefore **GRANTS** the plaintiff Lucas B. Horton's motion to transfer venue (docket entry 22); **DENIES** the defendant PivotHealth Holdings, LLC's motion to dismiss for lack of personal jurisdiction (docket entry 21) **WITHOUT PREJUDICE** to PivotHealth Holdings, LLC's right to reassert its motion after the transfer of this lawsuit; and **DIRECTS** the Clerk of Court to transfer this lawsuit to the District of Arizona.

**SO ORDERED**.

December 5, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**